■ In the Matter of ROGER SCOTT, an Attorney. [610 NYS2d

893] —A certified copy of a certificate having been filed showing that Roger Scott was convicted of forgery, second degree (4 counts), criminal possession of a forged instrument, second degree (2 counts), and conspiracy to prevent competitive bidding on public contracts (1 count), he is disbarred and his name is stricken from the roll of attorneys. Present—Denman, P. J., Green, Pine, Fallon and Doerr, JJ. (Filed Jan 29, 1994.)